Larry HOSTETTER, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66097.

Missouri Court of Appeals,
Western District.

Oct. 24, 2006.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J.,
BRECKENRIDGE and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Larry Hostetter appeals the denial of his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).